UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

v.                                       CASE NO: 6:19-cr-28-Orl-40TBS

ADDIEL LOPEZ ALMEIDA

    Defendant.

## ORDER

Pending before the Court is Defendant Addiel Lopez Almeida's Motion to File Under Seal (Doc. 16). At his initial appearance Defendant testified that he was suffering from mental or emotional problems that affected his ability to think clearly. Based upon this testimony, and with the concurrence of Defendant's lawyer and the lawyer for the government, the Court referred Defendant for a mental competency evaluation. Before Defendant was transferred to the custody of the Attorney General defense counsel motioned the Court for a local competency evaluation to be paid for by the Federal Defender (Doc. 14). The motion was granted (Doc. 15), and Defendant was seen by Dr. Jeffrey A. Danziger, Ph.D. Now, Defendant is asking the Court to seal Dr. Danziger's report (Doc. 16). The government does not oppose the motion (Id., at 1). The Court has read Dr. Danziger's report and finds that it contains personal, confidential information in which Defendant has a privacy interest which outweighs the public's right of access to court proceedings. Accordingly, the motion is **GRANTED**. The Clerk shall maintain Dr. Danziger's psychological evaluation of Defendant **UNDER SEAL** until the Court orders that it be unsealed.

**DONE** and **ORDERED** in Orlando, Florida on April 25, 2019.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

    Counsel of Record
    Addiel Lopez Almeida